**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-8073**

_____

CHARLES LLEWYLN, a/k/a Owen Oddman,

                                        Plaintiff - Appellant,

        versus

BOBBY LEE MEDFORD, Sheriff, Buncombe County;
LIEUTENANT EVANS, Facility Administration,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Chief
District Judge. (CA-01-54-MU)

_____

Submitted: June 13, 2002            Decided: June 18, 2002

_____

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles Llewyln, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Llewyln appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion to reconsider its denial of relief under 42 U.S.C.A. § 1983 (West Supp. 2001).[*]  We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  See Llewyln v. Medford, No. CA-01-54-MU (W.D.N.C. Jan. 29, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] To the extent Appellant seeks to appeal the Court's order denying § 1983 relief, his December 10, 2001 notice of appeal is untimely as to that order, which was entered on the court's docket on July 30, 2001.  Appellant never sought an extension of time in which to appeal or reopening of the appeal period under Fed. R. App. P. 4(a)(5) or (a)(6).  We have construed Appellant's informal brief filed in this Court as a timely notice of appeal from the denial of reconsideration.  See Smith v. Barry, 502 U.S. 244, 248 (1992).